IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| STEPHEN B. TRAINER, | * |
| Plaintiff, | * |
| VS. | * CASE NO. 1:04-CV-180 (WLS) |
| B. KEITH JONES, et al., | * |
| Defendants. | * |

## ORDER TO PRODUCE STATE PRISONER FOR FEDERAL HEARING

TO: **JAMES E. DONALD, COMMISSIONER**
**GEORGIA DEPARTMENT OF CORRECTIONS**
**8TH FLOOR, EAST TOWER**
**2 MARTIN LUTHER KING, JR., DRIVE S.E.**
**SUITE 866**
**ATLANTA, GA 30334**

You are hereby REQUESTED AND DIRECTED to produce state prisoner **RICHARD PATRAW, GDCID OR EF NUMBER 860844,** presently incarcerated at **DODGE STATE PRISON,** Chester Georgia for a **HEARING** in the above-styled proceeding on Tuesday, January 17, 2006.  For reasons of security, the time, and location of this hearing have been intentionally omitted from this order.

It is also ordered and directed that Special Assistant Attorney General, Rick D. Collum communicate to the custodian of the above named state prisoner the location of the court house wherein this matter will be heard as well as the time of day the hearing is to begin in a timely manner as to allow him to be produced at the appropriate time and place.

SO ORDERED, this 10th day of January 2006.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE