IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| STEVEN B. TRAINER, | : | |
| Plaintiff | : | |
| VS. | : | 1 : 04-CV-180 (WLS) |
| B. KEITH JONES, et al., | : | |
| Defendants. | : | |

**RECOMMENDATION**

Presently pending in this action brought pursuant to § 1983 is the plaintiff's Motion for a Temporary Restraining Order, in which he asks that the defendants as well as certain non-party Georgia Department of Corrections officials be prohibited from transferring him to another facility during the pendency of this litigation, that they be prohibited from changing or deleting computer records pertaining to the plaintiff, that they be prohibited from denying the plaintiff law library access, and that they be ordered to release the plaintiff from isolated confinement.

In order to obtain injunctive relief, the plaintiff must prove that: (1) there is a substantial likelihood that he will prevail on the merits; (2) he will suffer irreparable injury unless the injunction issues; (3) the threatened injury to the movant outweighs whatever damage the proposed injunction may cause the opposing party; and (4) the injunction, if issued, would not be adverse to the public interest. Zardui-Quintana v. Richard, 768 F.2d 1213, 1216 (11th Cir. 1985); Snook v. Trust Co. of Georgia Bank of Savannah, N.A., 909 F.2d 480, 483 (11th Cir. 1990). Injunctive relief will not issue unless the conduct at issue is imminent and no other relief or compensation is available. Cunningham v. Adams, 808 F.2d 815, 821 (11th Cir. 1987).

A review of the plaintiff's motion reveals no basis for the issuance of an injunctive order. The plaintiff has not established that he is entitled to injunctive relief or that no other relief is available to address his alleged injuries, having failed to identify any specific threat of constitutional violation or other behavior that merits the relief requested. Accordingly, it is the recommendation of the undersigned that the plaintiff's motion for injunctive relief be **DENIED**. Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable W. Louis Sands, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED**, this 16th day of May, 2007.

    /s/ ***Richard L. Hodge***
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

asb