# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | | |
|---|---|---|
| STEPHEN B. TRAINER, | : | |
| Petitioner | : | |
| v. | : | 1:04-CV-180 (WLS) |
| B. KEITH JONES, et. al., | : | |
| Respondents. | : | |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge filed on May 16, 2007. (Doc. 77)  It is recommended that Petitioner's Motion for Preliminary Injunction (Doc. 66) be denied. (Doc. 77). Petitioner filed a timely objection on May 24, 2007. (Doc. 78).

In the Recommendation, it was found that he has not established that he is entitled to injunctive relief or that no other relief is available to address his alleged injuries, having failed to identify any specific threat of constitutional violation or other behavior that merits the relief requested.  (Doc. 77). It is therefore recommended that Petitioner's Motion (Doc. 66) be denied. (Doc. 77).   In his objection, Petitioner does not address the Recommendation at issue, but rather appears only to summarize the procedural history of this action. (Doc. 78).  Upon review, the Court finds Petitioner's objections without merit and **OVERRULES** them accordingly.

Wherefore, upon full review and consideration upon the record, the Court finds that the Report and Recommendation (Doc. 77) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein together with the findings made and the conclusions reached herein.  Accordingly, Petitioner's Motion for Injunctive Relief (Doc. 66) is **DENIED**.

**SO ORDERED**, this   30th   day of May, 2007.

/s/W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,**
**UNITED STATES DISTRICT JUDGE**

1