**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| **STEVEN B. TRAINER**, | : | |
| Plaintiff, | : | **1:04-CV-180 (WLS)** |
| v. | : | |
| **B. KEITH JONES, et al**., | : | |
| Defendants. | : | |

## ORDER

Before the Court is a Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. #123), filed August 6, 2008. It is recommended that Defendants B. Keith Jones, David White, Keith Bentley, Tony Morris, Daneese Turner, and Frederick Head's Motion for Summary Judgment (Doc. #110), re-filed by order of the Court, be denied. No objection has been filed.

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation should be, and hereby is, ACCEPTED, ADOPTED and made the order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendants B. Keith Jones, David White, Keith Bentley, Tony Morris, Daneese Turner, and Frederick Head's Motion for Summary Judgment (Doc. #110) is DENIED.

**SO ORDERED**, this  31st  day of March, 2009.

 /s/ W. Louis Sands 
**W. LOUIS SANDS, JUDGE
UNITED STATES DISTRICT COURT**